Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
THIERMAN LAW FIRM, P.C.
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGANT, BAILEY CRYDERMAN, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:13-CV-453-LRH-WGC<br><br>**REQUEST FOR ORAL ARGUMENT REGARDING PLAINTIFFS' MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)** |

Plaintiffs TIFFANY SARGANT, BAILEY CRYDERMAN, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT, through their attorneys, hereby request oral argument regarding Plaintiffs' Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b), filed on October 23, 2013 (ECF Doc. No. 18).

The Motion has been fully briefed. Defendants filed their Response on November 8, 2013 (ECF Doc. No. 19), and Plaintiffs filed their Reply, and Amendment thereto, on November 13, 2013 (ECF Doc. Nos. 21 and 22).

/ / /

/ / /

WHEREFORE, Plaintiffs request oral argument in order to obtain a ruling on their Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b).

Dated: February 4, 2014.                    Respectfully Submitted,

THIERMAN LAW FIRM


By:   /s/Joshua D. Buck
       Mark R. Thierman
       Joshua D. Buck
       Attorneys for Plaintiffs