Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanlaw.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanlaw.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanlaw.com
THIERMAN LAW FIRM, P.C.
7287 Lakeside Drive
Reno, Nevada  89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGANT, BAILEY CRYDERMAN, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>    Defendant(s). | Case No.: 3:13-CV-453-LRH-WGC<br><br>**PLAINTIFFS' REQUEST FOR STATUS CONFERENCE** |

Plaintiffs TIFFANY SARGANT, BAILEY CRYDERMAN, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT, through their attorneys, hereby request a status conference regarding the following outstanding matters pending before the Court:

1. Plaintiffs' Request for Oral Argument Regarding Plaintiffs' Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b), filed on February 4, 2014 (ECF Doc. No. 23);

2. Plaintiffs' Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b), filed

on October 23, 2013 (ECF Doc. No. 18). The Motion has been fully briefed. Defendants filed their Response on November 8, 2013 (ECF Doc. No. 19), and Plaintiffs filed their Reply, and Amendment thereto, on November 13, 2013 (ECF Doc. Nos. 21 and 22); and

3. Plaintiff's Motion to Compel Responses to Plaintiffs' First Set of Interrogatories and Request to Supplement Production of Documents, filed on March 11, 2014 (ECF Doc. No. 26). The Motion is fully briefed. Defendants filed their Opposition on March 26, 2014 (ECF Doc No. 29), and Plaintiffs' are filing their Reply concurrently with this Request.

WHEREFORE, Plaintiffs request a status conference in order to address these matters pending before the Court.

Dated: April 4, 2014.                    Respectfully Submitted,

THIERMAN LAW FIRM

By: /s/Joshua D. Buck
Mark R. Thierman
Joshua D. Buck
Leah L. Jones
Attorneys for Plaintiffs