# EXHIBIT A

# EXHIBIT A

**Leah L. Jones**

| | |
|---|---|
| From: | Tamara |
| Sent: | Tuesday, April 15, 2014 12:27 PM |
| To: | Leah L. Jones |
| Subject: | FW: Sargant vs HG Staffing, LLC (3:13-cv-00453-LRH-WGC) |

-----Original Message-----
From: Katie_Ogden@nvd.uscourts.gov [mailto:Katie_Ogden@nvd.uscourts.gov]
Sent: Tuesday, April 15, 2014 12:22 PM
To: Tamara
Subject: RE: Sargant vs HG Staffing, LLC (3:13-cv-00453-LRH-WGC)

Hi Tamara,

I spoke with the Judge and he asked me to direct the parties to file a supplemental memorandum as soon as possible (but no later than today) and to serve a copy by email on opposing counsel. Opposing counsel is to be informed that they may respond if they desire.

The court appreciates the heads up!

Katie Lynn Ogden
Courtroom Administrator
Magistrate Judge William G. Cobb
U.S. District Court, District of Nevada
Reno, Nevada 89501
775-686-5758


| | |
|---|---|
| From: | Tamara <tamara@thiermanlaw.com> |
| To: | "Katie_Ogden@nvd.uscourts.gov" <Katie_Ogden@nvd.uscourts.gov> |
| Date: | 04/15/2014 09:49 AM |
| Subject: | RE: Sargant vs HG Staffing, LLC (3:13-cv-00453-LRH-WGC) |


Hi Katie,

I just have a quick question. Late yesterday afternoon in the mail we received some - but not all - of the documents we requested in our motion to compel. We are just wondering the best way to present this information to Judge Cobb. Should she do it orally in Court or does he want us to do something in writing and file it beforehand?

1