**COHEN-JOHNSON, LLC**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
TERRY KINNALLY, ESQ.
Nevada Bar No. 6379
tkinnally@cohenjohnson.com
MICHEAL HUGHES, ESQ.
Nevada Bar No.: 13154
mhughes@cohenjohnson.com
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for HG Staffing, LLC. and*
*MEI-GSR Holdings, LLC. d/b/a*
*Grand Sierra Resort and Casino*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT and BAILEY CRYDERMAN, VINCENT M. IGNACIO, SAMANTHA L. SCHNEIDER, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:   3:13-cv-453-LRH-WGC<br><br>**NOTICE OF DEPOSITON OF VINCENT M. IGNACIO** |

### NOTICE OF DEPOSITON OF VINCENT M. IGNACIO

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants, HG STAFFING, LLC and MEI-GSR HOLDINGS LLC. d/b/a GRAND SIERRA RESORT (collectively referred to as "Defendants") will take the deposition of VINCENT M. IGNACIO at BONANZA REPORTING, 111 FOREST STREET, RENO, NEVADA 89509, beginning on May 28, 2015 at 9:00 a.m.

. . .

. . .

1     Said deposition with be taken upon oral examination, pursuant to the Nevada Rules of
2 Civil Procedure, before a Notary Public or some other office authorized to administer oaths, and
3 shall continue from day to day, weekends and legal excluded, until complete.  You are invited to
4 attend and cross-examine.

5     Dated this 5th  day of April, 2015

COHEN|JOHNSON, LLC

By: _____
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
TERRY KINNALLY, ESQ.
Nevada Bar No. 6379
tkinnally@cohenjohnson.com
MICHEAL HUGHES, ESQ.
Nevada Bar No.: 13154
mhughes@cohenjohnson.com
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
*Attorneys for HG Staffing, LLC. and
MEI-GSR Holdings, LLC. d/b/a
Grand Sierra Resort and Casino*

COHEN-JOHNSON, LLC
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

## PROOF OF SERICE

CASE NAME: Sargent, et. al vs. HG Staffing, LLC. at el.
Court: USDC Nevada
Case No.: 3:13-cv-453-LRH-WGC

I, Kelly J. Mntgomery, am over the age of eighteen years and not a paty to the within action my business address is 255 E. Warm Springs, Rd., #100, Las Vegas, Nevada 89118. On the date last written below, I seved the following document(s):

**NOTICE OF DEPOSTION FOR VINCENT M. IGNACIO**

___x___ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States Mail, Las Vegas, Nevada and addressed to:

Mark R. Thierman, Esq.
Leah L. Jones, Esq.
THIERMAN| BUCK LAW FRIM
7287 Lakeside Drive
Reno, Nevada 89511
Attorney for Plaintiffs

___x___ by using the Court's CM/ECF Electronic Notification System addressed to:
___x___ by electronic email addressed to the above:
_____ by personal or hand/delivery addressed to:
_____ By facsimile (fax) addresses to:
_____ by Federal Express/UPS or other overnight delivery addressed to:

DATED the 5th day of April, 2015.

_____
Kelly J. Montgomery, an employee of
Cohen|Johnson, LLC.

COHEN-JOHNSON, LLC
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400