1  **COHEN-JOHNSON, LLC**
   H. STAN JOHNSON, ESQ.
2  Nevada Bar No. 00265
   sjohnson@cohenjohnson.com
3  TERRY KINNALLY, ESQ.
   Nevada Bar No. 6379
4  tkinnally@cohenjohnson.com
   MICHEAL HUGHES, ESQ.
5  Nevada Bar No.: 13154
   mhughes@cohenjohnson.com
6  255 E. Warm Springs Road, Suite 100
   Las Vegas, Nevada 89119
7  Telephone: (702) 823-3500
   Facsimile: (702) 823-3400
8  *Attorneys for HG Staffing, LLC. and*
   *MEI-GSR Holdings, LLC. d/b/a*
9  *Grand Sierra Resort and Casino*

10             **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13  TIFFANY SARGENT and BAILEY          Case No.:      3:13-cv-453-LRH-WGC
    CRYDERMAN, VINCENT M. IGNACIO,
    SAMANTHA L. SCHNEIDER, HUONG
14  ("ROSIE") BOGGS,and JACQULYN         **NOTICE OF DEPOSITON OF**
    WIEDERHOLT  on behalf of themselves and   **SAMANTHA L. SCHNEIDER**
15  all others similarly situated,

16                      Plaintiffs,
    v.
17
    HG STAFFING, LLC, MEI-GSR HOLDINGS,
18  LLC d/b/a GRAND SIERRA RESORT, and
    DOES 1 through 50, inclusive,
19
                        Defendants.
20

21        **NOTICE OF DEPOSITON OF SAMANTHA L. SCHNEIDER**

22

23        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

          PLEASE TAKE NOTICE that Defendants, HG STAFFING, LLC and MEI-GSR
24
    HOLDINGS LLC. d/b/a GRAND SIERRA RESORT (collectively referred to as "Defendants")
25
    will take the deposition of SAMANTHA L. SCHNEIDER at BONANZA REPORTING, 111
26
    FOREST STREET, RENO, NEVADA 89509, beginning on May 28, 2015 at 1:00 p.m.
27
    . . .
28
    . . .

                             Page 1 of 3

1    Said deposition with be taken upon oral examination, pursuant to the Nevada Rules of

2  Civil Procedure, before a Notary Public or some other office authorized to administer oaths, and

3  shall continue from day to day, weekends and legal excluded, until complete.  You are invited to

4  attend and cross-examine.

5    Dated this 5<u>th</u> day of April, 2015

6

7    COHEN|JOHNSON, LLC

8  By: _____

9    H. STAN JOHNSON, ESQ.
   Nevada Bar No. 00265

10   sjohnson@cohenjohnson.com
   TERRY KINNALLY, ESQ.

11   Nevada Bar No. 6379
   tkinnally@cohenjohnson.com

12   MICHEAL HUGHES, ESQ.
   Nevada Bar No.: 13154

13   mhughes@cohenjohnson.com
   255 E. Warm Springs Road, Suite 100

14   Las Vegas, Nevada 89119
   *Attorneys for HG Staffing, LLC. and*

15   *MEI-GSR Holdings, LLC. d/b/a*
   *Grand Sierra Resort and Casino*

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN-JOHNSON, LLC
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

**PROOF OF SERICE**

CASE NAME: Sargent, et. al vs. HG Staffing, LLC. at el.
Court: USDC Nevada
Case No.: 3:13-cv-453-LRH-WGC

    I, Kelly J. Mntgomery, am over the age of eighteen years and not a paty to the within action my business address is 255 E. Warm Springs, Rd., #100, Las Vegas, Nevada 89118. On the date last written below, I seved the following document(s):

**NOTICE OF DEPOSTION FOR SAMANTHA L. SCHNEIDER**

_____x_____ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States Mail, Las Vegas, Nevada and addressed to:

<div align="center">

Mark R. Thierman, Esq.
Leah L. Jones, Esq.
THIERMAN| BUCK LAW FRIM
7287 Lakeside Drive
Reno, Nevada 89511
Attorney for Plaintiffs

</div>

_____x_____ by using the Court's CM/ECF Electronic Notification System addressed to:
_____x_____ by electronic email addressed to the above:
_____ by personal or hand/delivery addressed to:
_____ By facsimile (fax) addresses to:
_____ by Federal Express/UPS or other overnight delivery addressed to:

DATED the 5th day of April, 2015.

_____
Kelly J. Montgomery, an employee of
Cohen|Johnson, LLC.

<div style="writing-mode: vertical;">

**COHEN-JOHNSON, LLC**
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

</div>