**COHEN-JOHNSON, LLC**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
TERRY KINNALLY, ESQ.
Nevada Bar No. 6379
tkinnally@cohenjohnson.com
MICHEAL HUGHES, ESQ.
Nevada Bar No.: 13154
mhughes@cohenjohnson.com
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for HG Staffing, LLC. and*
*MEI-GSR Holdings, LLC. d/b/a*
*Grand Sierra Resort and Casino*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT and BAILEY CRYDERMAN, VINCENT M. IGNACIO, SAMANTHA L. SCHNEIDER, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:   3:13-cv-453-LRH-WGC<br><br>**NOTICE OF DEPOSITON OF JACQULYN WIEDERHOLT** |

## NOTICE OF DEPOSITON OF JACQULYN WIEDERHOLT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants, HG STAFFING, LLC and MEI-GSR HOLDINGS LLC. d/b/a GRAND SIERRA RESORT (collectively referred to as "Defendants") will take the deposition of JACQULYN WIEDERHOLT at BONANZA REPORTING, 111 FOREST STREET, RENO, NEVADA 89509, beginning on May 27, 2015 at 1:00 p.m.

. . .

. . .

Said deposition with be taken upon oral examination, pursuant to the Nevada Rules of Civil Procedure, before a Notary Public or some other office authorized to administer oaths, and shall continue from day to day, weekends and legal excluded, until complete. You are invited to attend and cross-examine.

Dated this 5th day of April, 2015

COHEN|JOHNSON, LLC

By: _____
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
TERRY KINNALLY, ESQ.
Nevada Bar No. 6379
tkinnally@cohenjohnson.com
MICHEAL HUGHES, ESQ.
Nevada Bar No.: 13154
mhughes@cohenjohnson.com
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
*Attorneys for HG Staffing, LLC. and
MEI-GSR Holdings, LLC. d/b/a
Grand Sierra Resort and Casino*

## PROOF OF SERICE

CASE NAME:    Sargent, et. al vs. HG Staffing, LLC. at el.
Court:        USDC Nevada
Case No.:     3:13-cv-453-LRH-WGC

I, Kelly J. Mntgomery, am over the age of eighteen years and not a paty to the within action my business address is 255 E. Warm Springs, Rd., #100, Las Vegas, Nevada 89118. On the date last written below, I seved the following document(s):

### NOTICE OF DEPOSTION FOR JACQULYN WIEDERHOLT

__x__    by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States Mail, Las Vegas, Nevada and addressed to:

Mark R. Thierman, Esq.
Leah L. Jones, Esq.
THIERMAN| BUCK LAW FRIM
7287 Lakeside Drive
Reno, Nevada 89511
Attorney for Plaintiffs

__x__    by using the Court's CM/ECF Electronic Notification System addressed to:
__x__    by electronic email addressed to the above:
_____    by personal or hand/delivery addressed to:
_____    By facsimile (fax) addresses to:
_____    by Federal Express/UPS or other overnight delivery addressed to:

DATED the 5th day of April, 2015.

Kelly J. Montgomery, an employee of
Cohen|Johnson, LLC

COHEN-JOHNSON, LLC
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400