**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO, VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 3:13-CV-453-LRH-WGC<br><br>**MOTION TO WITHDRAW CONSENT TO JOINDER AND FOR DISMISSAL**<br><br>**AND ORDER THEREON** |

PLEASE TAKE NOTICE that opt-in class member DANA LOTTIG wishes to withdraw her consent to sue. Ms. Lottig's consent was filed with the Court on June 7, 2014, Claim No. 14.

/ / /

/ / /

/ / /

/ / /

- 1 -

Ms. Lottig no longer wishes to participate in this lawsuit and is requesting to be dismissed, without prejudice, as an opt-in class member.

Dated: July 10, 2015.	Respectfully Submitted,

THIERMAN LAW FIRM

By: /s/Leah L. Jones
Mark R. Thierman
Joshua D. Buck
Leah L. Jones
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** that DANA LOTTIG is hereby dismissed from this lawsuit without prejudice.

DATED this 12th day of August, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE