UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| TIFFANY SARGENT, *et al.*, | ) | 3:13-CV-00453-LRH-WGC |
| Plaintiffs, | ) | |
| v. | ) | MINUTE ORDER |
| HG STAFFING, LLC; *et al.*, | ) | |
| | ) | October 23, 2015 |
| Defendants. | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendants' Ex-Parte Motion for Extension of Time with Order (#157[1]) in which Defendants request a fourth extension of time regarding various filings. Good cause appearing;

IT IS HEREBY ORDERED that Defendants shall serve Plaintiffs with a copy of their Ex-Parte Motion for Extension of Time with Order (#157);

IT IS FURTHER ORDERED that Defendants shall file their response to Plaintiffs' motion for class certification and their motion for class decertification on or before Wednesday, November 4, 2015;

IT IS FURTHER ORDERED that Plaintiffs shall file their response to Defendants' motion for class decertification and their reply in support of their motion for class certification on or before Monday, November 30, 2015;

IT IS FURTHER ORDERED that Defendants shall file their reply in support of their motion for class decertification on or before Thursday, December 17, 2015.

IT IS FURTHER ORDERED that there shall be NO FURTHER EXTENSIONS GRANTED.

LANCE S. WILSON, CLERK

By:      /s/
         Deputy Clerk

---

[1] Refers to court's docket number.