AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO (formerly SCHNEIDER), VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT on behalf of themselves and all others similarly situated,

      Plaintiffs,

V.

HG STAFFING, LLC; MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT; and DOES 1 through 50 inclusive,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:13-CV-00453-LRH-WGC**

 **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Partial Summary Judgment (#162) is GRANTED in accordance with this Court's Order (#174) entered March 22, 2016.  Judgment is hereby entered in favor of Defendants and against Plaintiffs on Plaintiffs' first cause of action.

 March 22, 2016                                           **LANCE S. WILSON**
                                                            Clerk

                                                        /s/ D. R. Morgan
                                                        Deputy Clerk