# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO, VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:13-CV-453-LRH-WGC<br><br>**MOTION TO WITHDRAW CONSENTS TO JOIN AND ORDER THEREON** |

PLEASE TAKE NOTICE that the following opt-in plaintiffs wish to withdraw their consents to sue:

1. NESBIT (ALCORN), DANIELLE
2. PLETZER, TONYA
3. PONTILLO, JOSEPH
4. RIDDLE, GARY

Ms. Nesbit's (Alcorn) consent was filed with the Court on July 1, 2014 and is Claim No.

- 1 -

1  269; Ms. Pletzer's consent was filed with the Court on July 1, 2014 and is Claim No. 272; Mr. Pontillo's consent was filed with the Court on June 23, 2014 and is Claim No. 4; and Mr. Riddle's consent was filed with the Court on June 23, 2014 and is Claim No. 138.

Dated: July 18, 2016.                               Respectfully Submitted,

                                                    THIERMAN BUCK LLP


                                                    /s/      *Joshua D. Buck*
                                                    Mark R. Thierman, Nev. Bar No. 8285
                                                    Joshua D. Buck, Nev. Bar No. 12187
                                                    Leah L. Jones, Nev. Bar No. 13161
                                                    7287 Lakeside Drive
                                                    Reno, Nevada 89511

                                                    *Attorneys for Plaintiffs*


## ORDER

**IT IS SO ORDERED** that the consents to join of DANIELLE (ALCORN) NESBIT, TONYA PLETZER, JOSEPH PONTILLO and GARY RIDDLE are hereby withdrawn.

DATED this 19th day of July, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE