UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO (formerly SCHNEIDER), VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT,<br><br>Plaintiffs,<br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:13-cv-00453-LRH-WGC<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO REFILE DISPOSITIVE MOTIONS** |

Plaintiffs, TIFFANY SARGENT, BAILEY CRYDERMAN, VINCENT M. IGNACIO, SAMANTHA SCHNEIDER, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT ("Plaintiffs) and Defendants HG STAFFING, LLC, and MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT ("Defendants" or "GSR"), by and through their respective counsel of record, agree to extend the time for refiling dispositive motions. In an Order dated January 10, 2018, this Court reinstated certain state law wage claims that had been previously dismissed. The Court also denied Defendants' motions for summary judgment without prejudice and ordered that "defendants shall file complete motions for summary judgment that include briefing

on the reinstated claims, if any, within 30 days of the entry of this order." (ECF No. 248.) The parties agree that this time period should be extended due to the number of plaintiffs in this case, because six (6) dipositive motions will have to be refiled, and because the reinstated state law wage claims are of a complex and fact intensive nature, all of which require additional time to review discovery, analyze the law, and draft renewed dispositive motions.

Accordingly, based on the foregoing and for good cause appearing, the parties, by and through their respective counsel of record, do hereby stipulate and agree that the thirty (30) days provided by the Court is extended by seventeen (17) days, and defendants shall file complete motions for summary judgment that include briefing on the reinstated claims, if any, on or before Monday, February 26, 2018.

Dated this 5th day of February 2018.

COHEN|JOHNSON|PARKER|EDWARDS        THIERMAN BUCK, LLP

By: /s/Chris Davis                    By: /s/ Leah L. Jones, Esq.
   H. Stan Johnson, Esq.                 Leah L. Jones, Esq.
   Nevada Bar No. 00265                  Nevada Bar No. 13161
   Chris Davis, Esq.                     7287 Lake Side Drive
   Nevada Bar No. 6616                   Reno, Nevada 89511
   375 E Warm Springs Rd., Suite 104     Attorneys for Plaintiffs
   Las Vegas, Nevada 89119
   Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

DATED this 6th day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE