# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO (formerly SCHNEIDER), VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT , <br><br>Plaintiffs, <br><br>V. <br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No. 3:13-cv-00453-LRH-WGC <br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO REFILE DISPOSITIVE MOTIONS** <br><br>**(Second Request)** |

Plaintiffs, TIFFANY SARGENT, BAILEY CRYDERMAN, VINCENT M. IGNACIO, SAMANTHA SCHNEIDER, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT ("Plaintiffs") and Defendants HG STAFFING, LLC, and MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT ("Defendants" or "GSR"), by and through their respective counsel of record, agree to extend the time for refiling dispositive motions. In an Order dated January 10, 2018, this Court reinstated certain state law wage claims that had been previously dismissed. The Court also denied Defendants' motions for summary judgment without prejudice and ordered that "defendants shall file complete motions for summary judgment that include briefing on the reinstated claims, if any, within 30 days of the entry of this order." The parties agreed,

and the court granted a seventeen (17) day extension to that deadline. Another one (1) week extension, however, is necessary, because six (6) dipositive motions will have to be refiled, and because the reinstated state law wage claims are of a complex and fact intensive nature, all of which require additional time to review discovery, analyze the law, and draft renewed dispositive motions.

Accordingly, based on the foregoing and for good cause appearing, the parties, by and through their respective counsel of record, do hereby stipulate and agree that the thirty (30) days provided by the Court is extended by an additional seven (7) days, and defendants shall file complete motions for summary judgment that include briefing on the reinstated claims, if any, on or before Monday, March 5, 2018.

Dated this 26th day of February 2018.

| COHEN|JOHNSON|PARKER|EDWARDS | THIERMAN BUCK, LLP |
|---|---|
| By: */s/Chris Davis* <br>    H. Stan Johnson, Esq. <br>    Nevada Bar No. 00265 <br>    Chris Davis, Esq. <br>    Nevada Bar No. 6616 <br>    375 E Warm Springs Rd., Suite 104 <br>    Las Vegas, Nevada 89119 <br>    Attorneys for Defendants | By: */s/ Leah L. Jones, Esq.* <br>    Leah L. Jones, Esq. <br>    Nevada Bar No. 13161 <br>    7287 Lake Side Drive <br>    Reno, Nevada 89511 <br>    Attorneys for Plaintiffs |

**ORDER**

**IT IS SO ORDERED**, nunc pro tunc.

DATED this 27th day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE