**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO (formerly SCHNEIDER) VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-453-LRH-WGC<br><br>**STIPULATION AND EXTENDING OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTIONS FOR SUMMARY JUDGMENT ON ALL REMAINING CLAIMS**<br><br>(First Request)<br><br>**AND ORDER THEREON** |

Plaintiffs, TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO (formerly SCHNEIDER), VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT, on behalf of themselves and all others similarly situated, (hereinafter "Plaintiffs), and Defendants, HG STAFFING, LLC, and MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, (hereinafter "Defendants") by and through their

respective counsel of record, do hereby agree and stipulate to extend the time to respond to Defendants' Motions for Summary Judgment on all remaining claims filed on March 2, 2018, (ECF Nos. 253, 254, 255, 256, 257, and 258), by six (6) calendar days, from Friday, March 23, 2018, up to and including Thursday, March 29, 2018. This extension is requested in good faith because six dispositive motions will have to be opposed, and because the reinstated state law wage claims are of a complex and fact intensive nature, all of which require additional time to analyze the law, and draft responsive dispositive motions.

Accordingly, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree that the time for Plaintiffs' to Oppose Defendants' renewed Motions for Summary Judgment, is extended and now due on Thursday, March 29, 2018.

DATED this 14th day of March, 2018.

| THIERMAN LAW FIRM | COHEN-JOHNSON, LLC |
|---|---|
| /s/Leah L. Jones | /s/Chris Davis |
| Mark R. Thierman, Esq., Nev. Bar No. 8285 | H. Stan Johnson, Esq. |
| Joshua D. Buck, Esq., Nev. Bar No. 12187 | Nevada Bar No. 00265 |
| Leah L. Jones, Esq. Nev. Bar No. 13161 | Chris Davis, Esq. |
| 7287 Lakeside Drive | Nevada Bar No. 6616 |
| Reno, Nevada 89511 | 375 E Warm Springs Rd., Suite 104 |
| *Attorneys for Plaintiffs* | Las Vegas, Nevada 89119 |
| | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

DATED this 15th day of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE