# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO (formerly SCHNEIDER), VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT,<br><br>Plaintiffs,<br><br>V.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:13-cv-00453-LRH-WGC<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiffs, TIFFANY SARGENT, BAILEY CRYDERMAN, VINCENT M. IGNACIO, SAMANTHA L. IGNACIO (formerly SCHNEIDER), HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT ("Plaintiffs) and Defendants HG STAFFING, LLC, and MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT ("Defendants" or "GSR"), by and through their respective counsel of record, agree to extend the time for Defendants to file their replies in support of Defendants' six (6) dispositive motions by two (2) weeks. This extension is requested in good faith because six (6) replies in support of Defendants' motion for summary judgment need to be filed, and because Plaintiffs' oppositions to Defendants' motions for

summary judgment involve newly reinstated state law wage claims which are of a complex and fact intensive nature, all of which require additional time to analyze the newly asserted facts and law, and draft replies in support of the motions for summary judgment.

Accordingly, based on the foregoing and for good cause appearing, the parties, by and through their respective counsel of record, do hereby stipulate and agree that the time for Defendants to file their six (6) replies in support of Defendants' renewed motions for summary judgment, is extended by two (2) weeks and is now due on Friday, May 4, 2018.

Dated this 20th day of April 2018.

COHEN|JOHNSON|PARKER|EDWARDS            THIERMAN BUCK, LLP

By: */s/ H. Stan Johnson*                By: */s/ Leah L. Jones, Esq.*
   H. Stan Johnson, Esq.                    Leah L. Jones, Esq.
   Nevada Bar No. 00265                     Nevada Bar No. 13161
   Chris Davis, Esq.                        7287 Lakeside Drive
   Nevada Bar No. 6616                      Reno, Nevada 89511
   375 E Warm Springs Rd., Suite 104        Attorneys for Plaintiffs
   Las Vegas, Nevada 89119
   Attorneys for Defendants

### ORDER

**IT IS SO ORDERED**, *nunc pro tunc*.

DATED this 24th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE