# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO (formerly SCHNEIDER), VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT,<br><br>Plaintiffs,<br>V.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:13-cv-00453-LRH-WGC<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiffs, TIFFANY SARGENT, BAILEY CRYDERMAN, VINCENT M. IGNACIO, SAMANTHA L. IGNACIO (formerly SCHNEIDER), HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT ("Plaintiffs") and Defendants HG STAFFING, LLC, and MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT ("Defendants" or "GSR"), by and through their respective counsel of record, agree to extend the time for Defendants to file their replies in support of Defendants' six (6) dispositive motions by one (1) month, from the current deadline of May 4, 2018, to on or before June 4, 2018. This extension is requested in good faith as the parties have entered into settlement negotiations and wish to avoid further litigation

expenses which could impede settlement. This request is also necessary because six (6) replies in support of Defendants' motion for summary judgment need to be filed, and because Plaintiffs' oppositions to Defendants' motions for summary judgment involve newly reinstated state law wage claims which are of a complex and fact intensive nature, all of which require additional time to analyze the newly asserted facts and law, and draft replies in support of the motions for summary judgment.

Accordingly, based on the foregoing and for good cause appearing, the parties, by and through their respective counsel of record, do hereby stipulate and agree that the time for Defendants to file their six (6) replies in support of Defendants' renewed motions for summary judgment, is extended by (1) month and is now due on Monday, June 4, 2018.

Dated this 2nd day of May 2018.

COHEN|JOHNSON|PARKER|EDWARDS             THIERMAN BUCK, LLP

By: /s/ H. Stan Johnson                          By: /s/ Leah L. Jones, Esq.
   H. Stan Johnson, Esq.                         Leah L. Jones, Esq.
   Nevada Bar No. 00265                           Nevada Bar No. 13161
   Chris Davis, Esq.                              7287 Lakeside Drive
   Nevada Bar No. 6616                            Reno, Nevada 89511
   375 E Warm Springs Rd., Suite 104              Attorneys for Plaintiffs
   Las Vegas, Nevada 89119
   Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.**

DATED this 3rd day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE