# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO (formerly SCHNEIDER), VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT,<br><br>Plaintiffs,<br><br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:13-cv-00453-LRH-WGC<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Third Request)** |

Plaintiffs, TIFFANY SARGENT, BAILEY CRYDERMAN, VINCENT M. IGNACIO, SAMANTHA L. IGNACIO (formerly SCHNEIDER), HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT ("Plaintiffs) and Defendants HG STAFFING, LLC, and MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT ("Defendants" or "GSR"), by and through their respective counsel of record, agree to extend the time for Defendants to file their replies in support of Defendants' six (6) dispositive motions by one (1) month. The parties previously extended the briefing schedule to avoid further litigation expense while the parties entered into settlement negotiations. Although the parties entered in settlement negotiations in good faith, the parties were unable to reach a settlement and insufficient time remains to brief six (6) replies in support of Defendants' motion for summary judgment that need to be filed because

Plaintiffs' oppositions to Defendants' motions for summary judgment involve newly reinstated state law wage claims which are of a complex and fact intensive nature. This request is also necessary because the principal attorney briefing the matter on behalf of Defendants has secured other employment. While he has agreed to assist in the briefing these replies, additional time to brief the six (6) replies is necessary due to the additional duties of his new employment.

Accordingly, based on the foregoing and for good cause appearing, the parties, by and through their respective counsel of record, do hereby stipulate and agree that the time for Defendants to file their six (6) replies in support of Defendants' renewed motions for summary judgment, is extended by (1) week is now due on Monday, June 11, 2018.

Dated this 30th day of May 2018.

COHEN|JOHNSON|PARKER|EDWARDS

THIERMAN BUCK, LLP

By: */s/ H. Stan Johnson*
    H. Stan Johnson, Esq.
    Nevada Bar No. 00265
    375 E Warm Springs Rd., Suite 104
    Las Vegas, Nevada 89119
    Attorneys for Defendants

By: */s/ Leah L. Jones, Esq.*
    Leah L. Jones, Esq.
    Nevada Bar No. 13161
    7287 Lakeside Drive
    Reno, Nevada 89511
    Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED.**

DATED this 31st day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE