# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, SAMANTHA L. IGNACIO (formerly SCHNEIDER), VINCENT M. IGNACIO, HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT , <br><br> Plaintiffs, <br><br> v. <br><br> HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:13-cv-00453-LRH-WGC <br><br> **UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND EXTEND THE DEADLINE FOR FILING THE REPLIES** <br><br> **AND** <br><br> **ORDER** |

Defendants HG STAFFING LLC, and MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, by and through their counsel of record, hereby moves, pursuant to LR 7-2 and 7-3, to exceed the page limit on six of Defendants' Replies in Support of Defendants' Renewed Motion for Summary Judgment. Defendants also hereby move to extend the pursuant to Fed. R. Civ. P. 6(b) and LR 7-2, LR IA 6-1 and 6-2, for an extension of time to file their replies. This motion is based on the following Points and Authorities, the Declaration of Chris Davis Esq., and the pleadings and papers filed in this matter.

Dated this 11th day of June, 2018.

COHEN|JOHNSON|PARKER|EDWARDS

/s/ H. Stan Johnson, Esq.
H. STAN JOHNSON, NV Bar No. 00265
CHRIS DAVIS, NV Bar No. 06616
375 E. Warm Springs Rd., Suite 104
Las Vegas, NV 89119
Telephone: (702) 823-3500
Fax: (702) 823-3400

CHRIS DAVIS, ESQ.

/s/ Chris Davis, Esq.
NV Bar No. 06616
chris.davis@slslasvegas.com
2535 Las Vegas Boulevard South
Las Vegas, Nevada 89109
Telephone: 702-761-7711
Facsimile: 702-761-3400

**DECLARATION OF CHRIS DAVIS, ESQ.**

I, Chris Davis, declare under penalty of perjury that the following is true and correct of my own personal knowledge and if called to testify in this matter would testify as follows:

1. I am attorney representing the Defendants HG Staffing, LLC, and MEI-GSR Holdings, LLC d/b/a Grand Sierra Resort, in the above entitled matter.

2. On June 11, 2018, by phone, I contacted counsel for Plaintiffs, Leah Jones, to request that Defendants stipulate to exceed the page limit on Plaintiffs' Replies in Support of Defendant's Renewed Motions for Summary Judgment, and to shortly extend the time to file

replies. While Counsel for Plaintiff would not agree to stipulate to my request, she graciously agreed not to oppose my motion seeking such relief.

3. While Defendants were able to file their renewed motions within the page limits set by the local rules, due to the complex fact intensive nature of the case, the parties stipulated to permit Plaintiffs to exceed the page limit on their opposition to Defendant's Renewed Motions for Summary Judgment, which the Court granted.

4. The over-length briefs are required because Defendants were required to put the arguments of three (3) replies into one (1) brief. Many of the argument in this reply originated in the reply in support of Defendant's motion for partial summary judgment, filed on September 21. 2015. That reply was 22 pages long. While the Court granted the motion finding that NRS Chapter 608 did not provide a private right of action, the Court declined to consider the other grounds set forth the motion for summary judgment and the reply. When the Plaintiffs moved for reconsideration of that decision based on the Nevada Supreme Court's holding in *Neville*, Defendants requested that the Court also consider the other grounds set forth in the motion, but the Court declined to do so, instead indicating that the arguments should be briefed in a new motion.

5. The arguments in this Reply also stem from Defendants' replies, filed on September 25, 2017, in support of six (6) separate motions for summary judgment filed on September 25, 2017. Those six (6) replies ranged up to 32 pages in length. The Court granted Defendants' motion to exceed the page limit because the Court recognized that issues in the six (6) replies were complex and fact intensive involving minimum wage claims, overtime claims under the FLSA, and a fact intensive Age Discrimination Employment Act (29 U.S.C. § 261) claims.

6. When granting Plaintiffs' motion for reconsideration reinstating Plaintiffs' state law wage claims, however, this Court sua sponte denied Defendant's pending six (6) motions for summary judgment, without prejudice, with the apparent goal of resolving all issues in one motion, even though the arguments in the motions, with their replies, could have been addressed independently.

7. In addition to the arguments in these two replies, the current replies in support of Defendant's renewed motions for summary judgment must also address the state law claims for all hours worked and overtime under NRS 608.016 and 608.018. These claims raise two-years of facts regarding each hour worked by six (6) separate employees. These the renewed replies must also cover the novel issue of exhaustion of administrative remedies which has yet to be addressed by a court.

8. Additionally, Plaintiffs have raise numerous arguments in opposition to Defendants' renewed motion that were not raised in opposition to the previous motions. For example, Plaintiffs opposition rely upon the Declaration of James Toney, who Plaintiffs seek to use as an expert. Many of the arguments Mr. Toney raises, however, were not presented in Plaintiffs' previous oppositions. Defendants were required to respond to all of these new arguments which required additional pages.

9. Considering the breadth and complexity of the issues now faced by Defendants, the page length of the replies range from 22 pages to 44 pages in length. Only two of the replies are over 40 pages because those replies involved "fact intensive Age Discrimination Employment Act (29 U.S.C. § 261) claims" as noted in the parties' stipulation to extend the page length for Plaintiffs' oppositions.

10. The same good cause is present for extending the page limit on Defendants' replies, which was present with other filings where the court extended the page limit. The parties have engaged in extended discovery, thus creating a detailed factual record. This case involves complex issues involving both State and Federal wage claims and State and Federal age discrimination claims. Additionally, the issues in this reply are far more numerous and complex that in previous filing

11. While these replies have been drafted, due to the over-length nature of the brief, each brief must include a table of contents and a table of authorities. While I have vigorously attempted to timely complete these replies by working nights and weekends, because there are six (6) separate replies, I will be unable to complete the table of authorities prior to the deadline.

12. Accordingly, good cause is present for extending the page limit on Defendants' six (6) replies in support of their renewed motion for summary judgment and in extending the time to file those six (6) replies.

Dated this 11th day of June, 2018.

CHRIS DAVIS, ESQ.

/s/ Chris Davis
NV Bar No. 06616
chris.davis@slslasvegas.com
2535 Las Vegas Boulevard South
Las Vegas, Nevada 89109
Telephone: 702-761-7711
Facsimile: 702-761-3400

Attorney for Defendants

## **POINTS AND AUTHORITY**

Pursuant to Local Rule 7-4, the Court may extend the page limit of a response to a motion for good cause. Good cause is present because the surrounding wage and discrimination issues raised in Plaintiff's' oppositions required a detailed factual response as well as extensive briefing on the law. Each of these (6) replies in support of the Defendant's renewed motions for summary judgment involve arguments raised in two (2) separate motions which this Court already recognized involved complex and fact intensive issue and therefore allowed the parties to file over-length briefs when previously briefing those matters.

The Court has also recognized that the renewed motions for summary judgment involve numerous additional complex issues when it granted the parties' stipulation to permit the Plaintiffs to file over-length briefs when opposing Defendants' Renewed Motion for Summary Judgment. Despite the additional issues, the each of the six (6) replies in support of Defendants' renewed motion is far shorter than the pages used to brief the combined replies in the previous two (2) motions.

While the six (6) replies have been drafted, due to the over-length nature of the brief, each brief must include a table of contents and a table of authorities. Counsel has vigorously

attempted to timely complete these replies by working nights and weekends, however counsel will be unable to complete the table of authorities prior to the deadline for the six (6) separate replies. Pursuant to Fed. R. Civ. P. 6(b), the "court may, for good cause, extend the time . . . with or without motion or notice . . . .. if a request is made, before the original time or its extension expires."  Good cause is present due to the sheer volume of work that was require to draft the six (6) replies and condense the arguments into a manageable length.  At most, Defendants will require three (3) additional days to finalize the briefing of these six (6) replies.

      As Plaintiffs have agreed not to oppose this motion, the have consented to granting of the motion. *See* LR 7-2.  Accordingly, Defendants respectfully request that the court enter the following order:

1. Defendants' unopposed motion to exceed the page limit for their six (6) Replies in Support of Defendants' Renewed Motion for Summary Judgments against Plaintiff Boggs, Plaintiff Wiederholt and Plaintiff Samantha Ignacio be **GRANTED**.
2. Defendants unopposed motion to extend the time to file their six (6) Replies in Support of Defendants' Renewed Motion for Summary Judgments by three (3) days be **GRANTED**, and that the six (6) replies shall be due on Thursday, June 14, 2018.

      Dated this 11th day of  September 2018,

      COHEN|JOHNSON|PARKER|EDWARDS

*/s/ H. Stan Johnson, Esq.*
H. STAN JOHNSON, NV Bar No. 00265
375 E. Warm Springs Rd., Suite 104
Las Vegas, NV 89119
Telephone: (702) 823-3500
Fax: (702) 823-3400
*Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED.**

DATED this 11th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE