**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY SARGENT, BAILEY CRYDERMAN, VINCENT M. IGNACIO, SAMANTHA L. IGNACIO (formerly SCHNEIDER), HUONG ("ROSIE") BOGGS, and JACQULYN WIEDERHOLT,<br><br>    Plaintiffs,<br><br>    v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>    Defendant(s). | Case No.: 3:13-CV-453-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Plaintiffs TIFFANY SARGENT, BAILEY CRYDERMAN, VINCENT M. IGNACIO, SAMANTHA L. IGNACIO (formerly SCHNEIDER), HUONG ("ROSIE") BOGGS, and

- 1 -

JACQULYN WIEDERHOLT ("Plaintiffs") individually and Defendant HG STAFFING, LLC, MEI-GSR HOLDINGS LLC d/b/a GRAND SIERRA RESORT ("Defendant" or "GSR"), by and through their respective counsel stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: June 19, 2019.

THIERMAN BUCK LLP

/s/Leah L. Jones
Mark R. Thierman, Esq., Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511

*Attorneys for Plaintiffs*

Dated: June 19, 2019.

MERUELO GROUP, LLC

/s/ Susan Heaney Hilden
Susan Heaney Hilden, Esq., Bar No. 5358
2500 East Second Street
Reno, Nevada 89595

*Attorneys for Defendants*

# ORDER

IT IS SO ORDERED.

DATED this 20th of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE